No. 598. JONES & LAUGHLIN STEEL CORP. *v.* VANG ET AL., RECEIVERS, ET AL. On petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit. January 21, 1935. Dismissed on motion of *Mr. Frederick L. Leckie* for petitioner. *Messrs. Otto Wolff, Jr.,* and *H. V. Blaxter* for respondents.

No. 634. ZENITH-DETROIT CORP. *v.* BENDIX STROMBERG CARBURETOR CO. On petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit. February 4, 1935. Dismissed per stipulation, on motion of *Messrs. Merrell E. Clark* and *George L. De Mott* for petitioner. *Messrs. Arthur H. Boettcher, Seward Davis,* and *Charles A. Brown* for respondent.

No. 694. UNITED STATES *v.* CERTAIN LANDS IN LOUISVILLE ET AL. On petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit. March 11, 1935. Dismissed on motion of *Solicitor General Biggs* for the United States.

No. 640. STOTT REALTY CO. *v.* HEYMANN ET AL., TRUSTEES. On writ of certiorari to the Circuit Court of Appeals for the Second Circuit. March 11, 1935. Dismissed per stipulation, on motion of *Messrs. Samuel S. Burman* and *Edgar G. Braun* for petitioner. *Messrs. Walter Ewing Hope* and *H. Struve Hensel* for respondents.